FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 17, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JACK A. GENTRY,<br><br>Defendant. | No. 2:26-CR-00075-TOR-1<br><br>ORDER FOLLOWING INITIAL APPEARANCE AND ARRAIGNMENT ON INDICTMENT AND SETTING DETENTION HEARING |

On July 13, 2026, the Court held a hearing for Defendant JACK A. GENTRY's initial appearance and arraignment based on an Indictment. Defendant appeared in custody represented by Assistant Federal Defender Katie Kitchen. Assistant U.S. Attorney Alison Gregoire represented the United States. U.S. Probation Officer Shawn Kennicutt was also present. Defendant consented to the proceedings being conducted by video with the Court presiding in Milwaukee, Wisconsin; and Defendant, his counsel, and the Government appearing in Spokane, Washington.

Defendant was advised of, and acknowledged, his rights. The Court entered a plea of not guilty to the Indictment on Defendant's behalf. The Office of the Federal Defenders of Eastern Washington and Idaho was appointed to represent the Defendant in this matter. The United States sought Defendant's detention. **ECF No. 9**. Defendant requested a detention hearing.

**IT IS ORDERED:**

1. A **detention hearing is scheduled for <u>July 21, 2026, at 1:00 p.m.</u>**, before the undersigned. Defendant shall remain in custody pending the hearing and

ORDER - 1

Defendant is committed to the custody of the U.S. Marshal for confinement separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  Defendant shall be afforded reasonable opportunity for private consultation with counsel.

2.    If necessary, the United States Probation/Pretrial Services Office is authorized to prepare a supplemental pretrial services report and shall notify defense counsel prior to interviewing Defendant.  If Defendant does not wish to be interviewed, that Office shall prepare said report using any information it deems relevant to the issue of detention.

3.    The Court directs the parties to review the Local Criminal Rules: https://www.waed.uscourts.gov/court-info/local-rules-and-orders/general-orders

4.    Pursuant to F. R. Crim. P. 5(f) and LCrR 16(a)(6), at arraignment or within 14 days thereafter, the Government is required to disclose evidence favorable to the defendant and material to the defendant's guilt or punishment to which defendant is entitled pursuant to *Brady v. Maryland,* 373 U.S. 83 (1963) and its progeny.  This is a continuing duty for newly discovered evidence.  LCrR 16(c). Pursuant to F. R. Crim. P. 16(d)(2), failure to comply may result in an order permitting the discovery or inspection; granting a continuance; or any other order that is just under the circumstances (including sanctions, dismissal, exclusion of evidence or witnesses).

**IT IS SO ORDERED.**

DATED July 17, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2